IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN BROOKINS | : | |
| Plaintiff, | : : : | |
| v. | : | No. 24-470 |
| CITY OF PHILADELPHIA, | : : | |
| ET AL., | : | |
| Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Desjenee Davis as counsel for Defendant City of Philadelphia in the above entitled matter.

                                        Respectfully submitted:

Date: April 15, 2024                        /s/ *Desjenee Davis*
                                                DESJENEE DAVIS
                                                Assistant City Solicitor
                                                City of Philadelphia Law Department
                                                1515 Arch Street, 14th Floor
                                                Philadelphia, PA  19102-1595
                                                *Desjenee.Davis@phila.gov*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN BROOKINS, : | |
| Plaintiff, : | |
| v. : | No. 24-470 |
| CITY OF PHILADELPHIA, : | |
| ET AL., : | |
| Defendants. : | |

CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Entry of Appearance was served upon all counsel in this matter via electronic mail through the Court's ECF system on the date and year written below.

Respectfully submitted:

Date: April 15, 2024

/s/ *Desjenee Davis*
DESJENEE DAVIS
Assistant City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
*Desjenee.Davis@phila.gov*