IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN BROOKINS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-470 |
| | : | |
| THE CITY OF PHILADELPHIA, JOHN DOE #1, P.O. HARRIS, P.O. KUBLER, SGT. CONAWAY, P.O. CLAIR, SGT. LIBBON, P.O. STAUFFER, LT. SEAMEN, P.O. TAYLOR, P.O. SQUARES, DET. WALSH, SGT. DOUGHERTY, INSPECTOR SINGLETARY, CAPT. LUCA, CAPT. DEBELUS, INSPECTOR BACHMEYER, P.O. RIOTTO, P.O. HARRIS | : : : : : : : : : | |

## ORDER

AND NOW, this 16th day of April 2024, upon considering Plaintiff's amended Complaint (ECF No. 18) and noting Defendants filed duplicative Motions to dismiss (ECF Nos. 21, 22) it is **ORDERED**:

1. We **amend** the caption as above;

2. Plaintiff shall, no later than **April 23, 2024**, file a Notice not exceeding three pages, detailing the status of service upon Sgt. Libbon, P.O. Harris, P.O. Taylor, Sgt. Dougherty, and P.O. Harris; and,

3. Defendants' duplicative Motion (ECF No. 22) is **DENIED as moot**.

_____
KEARNEY, J.