IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN BROOKINS | : CIVIL ACTION |
| | : |
| v. | : NO. 24-470 |
| | : |
| THE CITY OF PHILADELPHIA, JOHN DOE #1, P.O. HARRIS, P.O. KUBLER, SGT. CONAWAY, P.O. CLAIR, SERGEANT RODDEN, P.O. STAUFFER, LT. SEAMEN, P.O. TAYLOR, P.O. SQUARES, DET. WALSH, SGT. DOUGHERTY, INSPECTOR SINGLETARY, CAPT. LUCA, CAPTAIN DABLASIS, INSPECTOR BACHMEYER, P.O. RIOTTO, P.O. HARRIS | : |

## ORDER

**AND NOW**, this 25th day of April 2024, upon considering Defendants' amended Motion to dismiss (ECF No. 29) seemingly only to correct party names, and for good cause, it is **ORDERED**:

1. Defendants' earlier filed Motion to dismiss (ECF No. 21) is **DENIED as moot**;

2. We **substitute**:

    a. Sergeant Rodden for Sgt. Libbon;

    b. Captain Dablasis for Capt. Debelus;

3. The Clerk of Court shall **amend** the caption to reflect the correct names as above; and,

2

4.      We construe Plaintiff's timely Opposition (ECF No. 28) as responsive to Defendants' amended Motion (ECF No. 29) given Defendants offer no substantive changes to their arguments first raised on April 16, 2024 (ECF No. 21) and opposed today (ECF No. 28).

_____
KEARNEY, J.