IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN BROOKINS | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 24-470 |
| | : | |
| THE CITY OF PHILADELPHIA, JOHN DOE #1, P.O. HARRIS, P.O. KUBLER, SGT. CONAWAY, P.O. CLAIR, SERGEANT RODDEN, P.O. STAUFFER, LT. SEAMEN, P.O. TAYLOR, P.O. SQUARES, DET. WALSH, SGT. DOUGHERTY, INSPECTOR SINGLETARY, CAPT. LUCA, CAPTAIN DABLASIS, INSPECTOR BACHMEYER, P.O. RIOTTO, P.O. HARRIS | : : : : : : : : : : | |

# **ORDER**

**AND NOW**, this 30th day of April 2024, upon considering Defendants' amended Motion to dismiss Plaintiff's amended Complaint (ECF No. 29), Plaintiff's Opposition (ECF No. 28), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' amended Motion to dismiss (ECF No. 29) is **DENIED** requiring they file an Answer by **May 14, 2024.**

KEARNEY, J.