IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN BROOKINS individually and as Administratix of the Estate of Marcus Richard Boone | : CIVIL ACTION :  : : |
| v. | : NO. 24-470 : |
| THE CITY OF PHILADELPHIA, P.O. CHRISTOPHER CULVER, DET. WALSH, and CAPT. LUCA | : : : : |

## ORDER

AND NOW, this 9th day of December 2024, upon considering P.O. Culver's Motion for summary judgment (ECF 105), Plaintiff's Opposition (ECF 117), P.O. Culver's Reply (ECF 121), the City, Detective Walsh, and Captain Luca's Motion for summary judgment (ECF 108), Plaintiff's Opposition (ECF 119), the City, Detective Walsh, and Captain Luca's Reply (ECF 127), mindful the City moved to preclude an expert opinion relating to potential municipal liability at trial (ECF 104), following an extensive informative oral argument on the substantive due process arguments (ECF 129), and for reasons in a forthcoming Memorandum, it is **ORDERED** we:

1. **GRANT** P.O. Culver's Motion for summary judgment (ECF 105);

2. **GRANT** the City, Detective Walsh, and Captain Luca's Motion for summary judgment (ECF 108);

3. **DENY** the City, Detective Walsh, and Captain Luca's Motion to preclude expert opinion testimony at trial (ECF 104) as moot; and,

4. **DIRECT** the Clerk of Court **close** this case.

_____
KEARNEY, J.